IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODERICK DELAUNE,            ) | |
|                     ) | |

RODERICK DELAUNE,            )
                    )
    Plaintiff,       )
                    )      CIVIL ACTION NO.
    v.               )       2:18cv517-MHT
                    )            (WO)
JOHN HUTTON, Captain, and    )
PHYLLIS J. BILLUPS,          )
Warden,                      )
                      )
    Defendants.      )

OPINION AND ORDER

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a). Also before the court is plaintiff's response to the recommendation, in which he states his approval of the transfer. After an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 20th day of June, 2018.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**